In re A.R.

[Cite as *In re A.R.*, 130 Ohio St.3d 258, 2011-Ohio-5344.]

(No. 2009–0189—Submitted April 21, 2009—Decided October 20, 2011.)

{¶ 1} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

Kenneth W. Oswalt, Licking County Prosecuting Attorney, and Alice L. Bond, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Ohio Public Defender, for appellant.